1  KENNETH A. FEINSWOG
2  kfeinswog@aol.com
   Bar No. 129562
3  400 Corporate Pointe, Suite 300
4  Culver City, California 90230
   Telephone: (310) 846-5800
5  Facsimile:  (310) 846-5801

6
7  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA**

-------------------------------------------------------X    CIVIL ACTION NO.
BRAVADO INTERNATIONAL GROUP                                 **10-03307 CAS-BBK**
MERCHANDISING SERVICES, INC.

                           Plaintiff,                **PARTIAL
                                                            FINAL JUDGMENT AND
                                                            PERMANENT INJUNCTION**

       -against-

MOVIE GOODS, INC., ROBERT
DEAKIN and ROBERT McLAUCHLAN,

                           Defendants.
-------------------------------------------------------X

     Plaintiff and Defendants MOVIE GOODS, INC. and ROBERT DEAKIN having stipulated to a partial final judgment in this action;

1

IT IS HEREBY ORDERED THAT:

1. A permanent injunction is hereby entered against defendants MOVIE GOODS, INC. and ROBERT DEAKIN permanently enjoining said parties from selling, manufacturing, exhibiting and/or distributing any unauthorized merchandise bearing the name, trademark and/or likeness of Michael Jackson and/or the King of Pop trademark and/or anything confusingly similar thereto.

2. The injunction set forth therein shall not prevent the enjoined parties from selling authorized posters that the enjoined parties obtained from an authorized source as long as the enjoined parties produce documents substantiating their purchase of said posters from an authorized source within ten days of any demand made by Plaintiff.

3. Except as provided herein, all claims in this action are dismissed with prejudice against defendants MOVIE GOODS, INC. and ROBERT DEAKIN with each party bearing its/his attorneys' fees and costs. Said dismissal shall not affect any claims for infringement that occurred or will occur after February 1, 2011.

4. This Court will retain jurisdiction over the enjoined defendants for the purpose of necessary or proper construction of this final judgment and/or the enforcement thereof.

Dated: June 9, 2011

_____
THE HONORABLE CHRISTINA A. SNYDER